Commonwealth *v.* Warner, Appellant.

Submitted December 3, 1973. *Clay-*

*ton R. Wilcox,* Assistant Public Defender, for appellant; *Morrison B. Williams,* First Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.